Commonwealth *v.* Martinez, Appellant.

Submitted March 17, 1975. *Keith L. Kilgore*, and *Spitler, Rowe and Kilgore*, for appellant; *David J. Brightbill*, Assistant District Attorney, and *George E. Christianson*, District Attorney, for Com-

monwealth, appellee.

Judgment of sentence affirmed.